**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000018
10-MAR-2022
09:02 AM
Dkt. 11 OAWST**

NO. CAAP-22-0000018

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BARINNA POON, Plaintiff-Appellant, v.
REBECCA J. DUNN and DAVID L. DUNN
CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF THOMAS P. DUNN,
ESTATE OF THOMAS P. DUNN;
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS 1-10;
AND DOE GOVERNMENT ENTITIES 1-10,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000732)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the Stipulation of Dismissal of Appeal with Prejudice, filed February 9, 2022, by Plaintiff-Appellant Barinna Poon, the papers in support, and the record, it appears that: (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, March 10, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge